**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Louis JAMES, Defendant–Appellant.**

**No. 05–1411.**

United States Court of Appeals,
Seventh Circuit.

Jan. 20, 2009.

Timothy A. Bass, Office of the United States Attorney, Urbana Division, Urbana, IL, for Plaintiff–Appellee.

Jonathan E. Hawley, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before RICHARD A. POSNER, Circuit Judge, and ILANA DIAMOND ROVNER, Circuit Judge, and DIANE P. WOOD, Circuit Judge.

Upon consideration of the **APPELLANT'S MOTION URGING REMAND,** which this court construed as a **PETITION FOR REHEARING,** filed on November 25, 2008, by the pro se appellant,

**IT IS ORDERED** that the petition for rehearing is **DENIED.** Appellant Louis James was sentenced as a career offender under U.S.S.G. § 4B1.1. Therefore, *Kimbrough v. United States,* —— U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007), does not apply to him because his applicable guidelines range was driven entirely by his career-offender status and the amendment to the crack cocaine guidelines does not have the effect of lowering his applicable guideline range. *See* U.S.S.G. § 1B1.10, cmt. n. 1(A); *United States v. Liddell,* 543 F.3d 877, 882 n. 3 (7th Cir.2008); *United States v. Sharkey,* 543 F.3d 1236, 1239 (10th Cir.2008); *United States v. Moore,* 541 F.3d 1323, 1327–28 (11th Cir.2008); *United States v. Thomas,* 524 F.3d 889, 890 (8th Cir.2008).